IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:89-cv-1505-GPG-NRN

Lynn E. Boughton et al.,

    Plaintiffs,

v.

Cotter Corporation et al.,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Cotter Corporation

    DATED at Seattle, Washington this 22nd Day of July, 2024.

Elizabeth Ashley Paynter
Name of Attorney

Riley Safer Holmes and Cancila LLP
Firm Name

100 Spectrum Center Drive, Ste. 650
Office Address

Irvine, California, 92618
City, State, ZIP Code

949-359-5545
Telephone Number

apaynter@rshc-law.com
Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notice of this filing to all registered CM/ECF participants.

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jeri L. Fry (mail and email)
jerilfry@gmail.com
220 W. Catlin Ave.
Canon City, CO 81212

<u>s/    E. Ashley Paynter</u>