# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 89-cv-01505-GPG-NRN

LYNN E. BOUGHTON, et al.

    Plaintiffs,

v.

COTTER CORPORATION, et al.,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

Jeffrey C. Parsons hereby submits this Entry of Appearance in the above captioned matter on behalf of Plaintiff Jeri Fry. Service of any papers and correspondence should be addressed as follows:

<u>U.S. Mail and Express Mail/Hand Delivery:</u>

    Jeffrey C. Parsons
    Parsons Law Office
    2205 W. 136th Avenue, Ste. 106-311
    Broomfield, CO 80023
    Telephone: 720-203-2871
    Email: Jeff@parsonslawoffice.com

Respectfully submitted this 14th day of August, 2024.

                          */s/ Jeffrey C. Parsons*
                          Jeffrey C. Parsons (CO # 30210)
                          Parsons Law Office
                          2205 W. 136th Avenue, Ste. 106-311
                          Broomfield, CO 80023

                                        Telephone: 720-203-2871
                                        Email: Jeff@parsonslawoffice.com

## CERTIFICATE OF SERVICE

      I certify that on August 14, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to Defendants' counsel of record.

                                                *s/ Jeffrey C. Parsons*